UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Kevin G. McDonald, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
kmcdonald@kmllawgroup.com
Attorneys for Secured Creditor

In Re:

In Re:
Patrick A. Rood dba Patrick Rood Companies, LLC
  Debtor/Respondent

Case No.:      19-17045 JNP

Chapter:           13

Hearing Date:      N/A

Judge:        Jerrold N. Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Notice of Postpetition Mortgage Fees, Expenses, and Charges

_____

Date: 7/22/2019                                    /s/ Kevin G. McDonald
                                                   Signature

*rev.8/1/15*