UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas G. Egner, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
tegner@mcdowelllegal.com

Order Filed on July 25, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

   Patrick A. Rood,

                 Debtor.

Case No.:  19-17045-JNP

Chapter:  13

Judge:  Poslusny

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 25, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Thomas G. Egner_____, the applicant, is allowed a fee of $ _____895.00_____ for services rendered and expenses in the amount of $_____52.25_____ for a total of $_____947.25_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Patrick A. Rood  
     Debtor

Case No. 19-17045-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jul 25, 2019  
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.  
db       +Patrick A. Rood,    226 Chestnut St.,    Westville, NJ 08093-1305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:  
      Denise E. Carlon    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation  
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
      Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
      Kevin Gordon McDonald    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation  
       kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      Thomas G. Egner    on behalf of Debtor Patrick A. Rood tegner@mcdowelllegal.com,  
       kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                             TOTAL: 6