Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-17045 (JNP)**

Patrick A. Rood  
226 Chestnut Street  
Westville, NJ  08093

Monthly Payment: $745.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/27/2020 | $745.00 | 02/26/2020 | $745.00 | 03/26/2020 | $745.00 | 04/29/2020 | $745.00 |
| 06/01/2020 | $745.00 | 07/01/2020 | $745.00 | 07/31/2020 | $745.00 | 09/03/2020 | $745.00 |
| 10/19/2020 | $745.00 | 11/05/2020 | $745.00 | 12/01/2020 | $745.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PATRICK A. ROOD | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,250.00 | $4,250.00 | $0.00 | $1,783.20 |
| 0 | MC DOWELL LAW, PC | 13 | $947.25 | $947.25 | $0.00 | $397.44 |
| 1 | ACCELERATED RECEIVABLES SOLUTIONS, INC. | 33 | $73.24 | $0.00 | $73.24 | $0.00 |
| 2 | ALLY FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BOROUGH OF WESTVILLE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | NAVIENT SOLUTIONS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | KML LAW GROUP, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | FREEDOM MORTGAGE CORPORATION | 24 | $32,382.87 | $5,217.13 | $27,165.74 | $0.00 |
| 8 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | NAVIENT SOLUTIONS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2019 | 4.00 | $0.00 |
| 09/01/2019 | Paid to Date | $900.00 |
| 10/01/2019 | 55.00 | $745.00 |
| 05/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $8,195.00 |
| Total paid to creditors this period: | $2,180.64 |
| Undistributed Funds on Hand: | $682.42 |
| Arrearages: | $20.00 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**