**UNITED STATES BANKRUPTCY COURT**
**NEW JERSEY DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | CASE NO. 19-17045-JNP |
| PATRICK A ROOD | ) | CHAPTER 13 |
| DEBTOR | ) |  |
|  | ) |  |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 226 CHESTNUT STREET, WESTVILLE, NJ 08093 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******9832**

NOW COMES Freedom Mortgage Corporation, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Matthew Fissel
Brock and Scott, PLLC
Attorneys at Law
302 Fellowship Road
Mount Laurel, NJ 08054
njbkr@brockandscott.com

Freedom Mortgage
10500 Kincaid Drive
Fishers, Indiana 46037

Please take notice that the undersigned hereby appears as counsel for Freedom Mortgage Corporation pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the

21-02351 BKMFR01




Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

                                                RESPECTFULLY SUBMITTED,

/s/ *Matthew K. Fissel*
Matthew Fissel
Attorney at Law (038152012)
Brock & Scott, PLLC
302 Fellowship Road
Mount Laurel, NJ 08054
844-856-6646 x 4535
704-369-0760
njbkr@brockandscott.com

21-02351 BKMFR01

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on <u>May 19, 2021</u> to the following:

PATRICK A ROOD
226 CHESTNUT ST
WESTVILLE, NJ 08093-1305

Thomas G. Egner, Debtor's Attorney
46 West Main Street
Maple Shade, NJ 08052

Isabel C Balboa, Bankruptcy Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

US Dept of Justice, US Trustee
One Newark Center
Ste 2100
Newark, NJ 07102

/s/ *Matthew K. Fissel*
Matthew Fissel
Attorney at Law (038152012)
Brock & Scott, PLLC
302 Fellowship Road
Mount Laurel, NJ 08054
844-856-6646 x 4535
704-369-0760
njbkr@brockandscott.com

21-02351 BKMFR01