| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Thomas G. Egner, Esquire<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>Tel: (856) 482-5544  Fax: (856) 482-5511<br>Email: tegner@mcdowelllegal.com | |
| In re:<br>    **Patrick A. Rood** | Case No.: **19-17045**<br><br>Chapter: **13**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: **JNP** |

## CERTIFICATION OF SERVICE

1. I, **Kristie Gresh** :

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Thomas G Egner**, who represents **the debtor** in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **May 4, 2022**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    ORDER GRANTING SHORTENED TIME
    Notice of Proposed Private Sale
    Notice of Motion to Sell
    Certification in Support of Motion to Sell
    Proposed Order
    Application for Shortened Time
    Proposed Order for Shortened Time

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **May 4, 2022**                                                                 **/s/ Kristie Gresh**
                                                                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Borough of Westville**<br>**Tax Office**<br>**165 Broadway**<br>**Westville, NJ 08093** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Isabel Balboa**<br>**Chapter 13 Trustee**<br>**535 Route 38 Suite 580**<br>**Cherry Hill, NJ 08002** | Chapter 13 Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Telephone<br>(as authorized by the court *) |
| **Attn: Denise Carlon**<br>**KML Law Group, PC**<br>**216 Haddon Ave.**<br>**Suite 406**<br>**Westmont, NJ 08108** | Attorney for Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **RoundPoint Mortgage Servicing Corporation**<br>**5016 Parkway Plaza Blvd Buildings 6&8**<br>**Charlotte NC 28217** | Lender | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

rev. 8/1/15
Best Case Bankruptcy