UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas G. Egner, Esq.
McDowell Law, PC
46 West Main St.
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
tegner@McDowellLegal.com

Order Filed on May 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Patrick Rood,

                    Debtor.

| | |
|---|---|
| Case No.: | 19-17045 |
| Chapter: | 13 |
| Judge: | JNP |

## ORDER AUTHORIZING RETENTION OF

David Bihlear as Realtor

The relief set forth on the following page is **ORDERED**.

**DATED: May 27, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____David Bihlear_____

as _____Realtor_____, it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.

     The professional's address is:   EXP Realty LLC

                                 1050 Kings Hwy N

                                 Cherry Hill, NJ 08034

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper

     application(s).

3.    If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

     ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

     ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter

     13 case. Payment to the professional may only be made after satisfactory completion of

     services.

4.    The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 19-17045-JNP

Patrick A. Rood                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                    Page 1 of 2

Date Rcvd: May 27, 2022                       Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

**Recip ID              Recipient Name and Address**
db                     + Patrick A. Rood, 226 Chestnut St., Westville, NJ 08093-1305

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2022                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2022 at the address(es) listed below:**

**Name                          Email Address**

Denise E. Carlon
               on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
               ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
               on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jane L. McDonald
               on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Kevin Gordon McDonald
               on behalf of Creditor RoundPoint Mortgage Servicing Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Matthew K. Fissel
               on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com

District/off: 0312-1                                      User: admin                                      Page 2 of 2
Date Rcvd: May 27, 2022                              Form ID: pdf903                              Total Noticed: 1

Thomas G. Egner

on behalf of Debtor Patrick A. Rood tegner@mcdowelllegal.com
tcuccuini@mcdowelllegal.com;L.wood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamis
on@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8